OPINIONS OF THE SUPREME COURT OF OHIO

The full texts of the opinions of the Supreme Court of Ohio are being transmitted electronically beginning May 27, 1992, pursuant to a pilot project implemented by Chief Justice Thomas J. Moyer.

Please call any errors to the attention of the Reporter's Office of the Supreme Court of Ohio. Attention: Walter S. Kobalka, Reporter, or Deborah J. Barrett, Administrative Assistant. Tel.: (614) 466-4961; in Ohio 1-800-826-9010. Your comments on this pilot project are also welcome.

NOTE: Corrections may be made by the Supreme Court to the full texts of the opinions after they have been released electronically to the public. The reader is therefore advised to check the bound volumes of Ohio St.3d published by West Publishing Company for the final versions of these opinions. The advance sheets to Ohio St.3d will also contain the volume and page numbers where the opinions will be found in the bound volumes of the Ohio Official Reports.

[Cite as Depew v. Ogella (1994),    Ohio St.3d   .]
Torts -- Damages -- Collateral benefits -- R.C. 2317.45 violates Sections 2, 5 and 16, Article I of the Ohio Constitution, and is unconstitutional in toto.
(No. 94-742 -- Submitted June 15, 1994 -- Decided July 27, 1994.)

Appeal from the Court of Appeals for Medina County, No. 2220-M.

Laybourne, Smith, Gore & Goldsmith, A. Russell Smith, Robert B. Laybourne and Joy S. Wagner, for appellants.
Buckingham, Doolittle & Burroughs Co., L.P.A.,  and David W. Hilkert, for appellee.

The motion to certify the record is allowed, the judgment on appeal is reversed, and the cause is remanded to the trial court on authority of Sorrell v. Thevenir (1994), 69 Ohio St.3d 415,    N.E.2d    .
A.W. Sweeney, Douglas, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.
Moyer, C.J., concurs separately.
Wright, J., dissents.
Moyer, C.J., concurring separately. I concur separately in the judgment entry in the above-styled case. As my dissent in Sorrell v. Thevenir (1994), 69 Ohio St.3d 415, N.E.2d    , stated, I do not agree with the law announced in the majority decision. Nevertheless, it is the law on the issue in the above-styled case. As I believe all parties should receive equal application of the law announced by this court, and only for that reason, I concur in the judgment entry.